1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I St., Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2729

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )   CR. No. S-09-381 EJG
                                  )
11              Plaintiff,        )
                                  )   MOTION TO DISMISS INDICTMENT
12         v.                     )   AND   ORDER
                                  )
13 IGNACIO CHAVEZ-VALDEZ,         )
                                  )
14              Defendants.       )
   _____)
15

16      Pursuant to Rule 48 of the Federal Rules of Criminal
17 Procedure, the United States of America, by and through its
18 undersigned attorney, moves this Court for an order dismissing
19 the indictment against Ignacio Chavez-Valadez in Case No. S-09-
20 381 EJG.  The indictment in this case was filed on September 3,
21 2009.  The two-count indictment charged the defendant with
22 violating 21 U.S.C. §§ 846 and 841(a)(1) – Conspiracy to
23 Distribute Over 500 Grams of Methamphetamine, and Possession with
24 Intent to Distribute Methamphetamine.  The government asks that
25 the indictment be dismisses without prejudice.
26      This motion is made in the interest of justice in light of
27 evidence discovered post indictment regarding the defendant's
28 participation in the conspiracy to distribute methamphetamine and

                                1

his involvement in the actual distribution of the methamphetamine at issue in this case.

The defendant is being detained as a result of the charges in the pending indictment. He is also being detained as a result of a federal immigration hold. If these charges are dismissed, the defendant will still be subject to the immigration hold.

The parties have scheduled a status conference for this defendant on October 15, 2010, as a control date. Should the Court grant this motion, the parties ask the Court to vacate that status conference.

DATE: October 8, 2010                    BENJAMIN B. WAGNER
                                         United States Attorney

                                    By: /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney


**O R D E R**


APPROVED AND SO ORDERED:


DATED: October 13, 2010      /s/ Edward J. Garcia
                             UNITED STATES DISTRICT JUDGE

2